

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  SIRAGUSA, CHARLES J. | 2. Court or Organization  U.S. DISTRICT COURT, WDNY | 3. Date of Report  5/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  1360 UNITED STATES COURTHOUSE 100 STATE STREET ROCHESTER, NEW YORK 14614 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADVISORY BOARD MEMBER | COBBLESTONE ARTS CENTER |
| 2. ADVISORY BOARD MEMBER | CASA ITALIANA CENTER FOR ITALIAN STUDIES AND COMMUNITY ACTIVITIES |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. PENSION | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEIVE BENEFITS AS OF NOVEMBER 1, 2005) |
| 2. | |
| 3. | |

Siragusa_Charles_J

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | BROWN & TARANTINO |
| 2. | | ATTORNEY (PRIVATE PRACTICE) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T BANK | A | Interest | L | T | | | | | |
| 2. ACCOUNT #1: | | | | | | | | | |
| 3. WEATHERFORD INTL LTD COMMON STOCK | | None | J | T | | | | | |
| 4. SEAGATE TECHNOLOGY (Y) | | | | | | | | | |
| 5. SB MONEY FUNDS CASH PORT CL A | A | Dividend | J | T | | | | | |
| 6. CORE LABORATORIES COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. AMAZON COM INC COMMON STOCK | | None | J | T | | | | | |
| 8. AMERICAN INTERNATIONAL GROUP INCOMMON STOCK. COMMON STOCK | A | Dividend | | | Buy | 2/12 | J | | |
| 9. AMERICAN INTERNATIONAL GROUP INCOMMON STOCK. COMMON STOCK | | None | | | Sold | 9/19 | J | | |
| 10. AMGEN INC. COMMON STOCK (Y) | | | | | | | | | |
| 11. ANADARKO PETROLEUM CORP. | A | Dividend | J | T. | | | | | |
| 12. AUTODESK (Y) | | | | | | | | | |
| 13. AXA UAP SPONS ADR COMMON STOCK | A | Dividend | | | Sold | 7/11 | J | | |
| 14. BASF AG SPONS ADR COMMON STOCK (Y) | | | | | | | | | |
| 15. BP AMOCO PLC SPONS ADR COMMON STOCK (Y) | | | | | | | | | |
| 16. BIOGEN IDEC INC. COMMON STOCK | | None | J | T | | | | | |
| 17. CRH PLC AD-USD COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CABLEVISION SYSTEMS CORP.CL A COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. CANON INC. ADR COMMON STOCK (Y) | | | | | | | | | |
| 20. CISCO COMMON STOCK | | None | J | T | | | | | |
| 21. COCA COLA CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. COMCAST CORP CL A-SPL COMMMON STOCK | A | Dividend | J | T | Buy (add'l) | 3/14 | J | | |
| 23. COVIDIEN LTD (Y) | | | | | | | | | |
| 24. CREE INC. (Y) | | | | | | | | | |
| 25. DELL COMPUTER CORP COMMON S TOCK (Y) | | | | | | | | | |
| 26. DIAGEO PLC SPONSORED ADR NEW C OMMON STOCK (Y) | | | | | | | | | |
| 27. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. DISCOVERY HOLDING CO. CL A (Y) | | | | | | | | | |
| 29. EBAY INC. (Y) | | | | | | | | | |
| 30. ELECTRONIC ARTS (Y) | | | | | | | | | |
| 31. EXPEDIA INC COMMON STOCK (Y) | | | | | | | | | |
| 32. EXON MOBIL CORP. COMMON STOCK | | None | | | Sold | 1/7 | J | A | |
| 33. FOREST LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 34. GENENTECH INC. COMMON STOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GENERAL ELECTRIC COMMON STOCK (Y) | | | | | | | | | |
| 36. GENZYME CORP. GENEEAL DIVISION COMMON STOCK | | None | J | T | | | | | |
| 37. GLAXOSMITHKLINE PLC SPONS ADR-USD COMMON STOCK (Y) | | | | | | | | | |
| 38. GRANT PRIDECO INC. COMMON STOCK | | None | | | Sold | 4/22 | J | A | |
| 39. GROUPE DANONE SPONS ADR COMMON STOCK (Y) | | | | | | | | | |
| 40. GRUPO TELEVISA SA DE CV GLOBAL COMMON STOCK (Y) | | | | | | | | | |
| 41. HSBC HOLDINGS PLC SPONS ADR NEW COMMON STOCK (Y) | | | | | | | | | |
| 42. HOME DEPOT COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 1/14 | J | | |
| 43. HONDA MOTOR CO. COMMON STOCK (Y) | | | | | | | | | |
| 44. HONG KONG & CHINA GAS LTD. SPONSORED ADR COMMON STOCK (Y) | | | | | | | | | |
| 45. HUTCHINSON WHAMPOA LTD-ADR COMMON STOCK (Y) | | | | | | | | | |
| 46. IAC INTERACTIVE CORP COMMON STOCK | | None | | | Sold | 5/29 | J | | |
| 47. ING GROEP NV SPONS ADR COMMON STOCK (Y) | | | | | | | | | |
| 48. INTEL CORP. COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 1/16 | J | | |
| 49. IRELAND BANK SPONS ADR-EUR COMMON STOCK (Y) | | | | | | | | | |
| 50. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 51. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW CS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 53. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | A | Dividend | | | Buy (add'l) | 1/14 | J | | |
| 54. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | | None | | | Sold | 9/15 | J | | |
| 55. LIBERTY GLOBAL INC CL A (Y) | | | | | | | | | |
| 56. LIBERTY GLOBAL INC SER C (Y) | | | | | | | | | |
| 57. LIBERTY MEDIA GROUP CL A COMMON STOCK (Y) | | | | | | | | | |
| 58. LIBERTY MEDIA INTL INC CLASS A COMMON STOCK (Y) | | | | | | | | | |
| 59. MERRILL LYNCH & CO. COMMON STOCK | A | Dividend | | | Sold | 9/15 | J | | |
| 60. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 61. MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. MILLENIUM PHARMACEUTICALS | | None | | | Sold | 4/11 | J | A | |
| 63. MITSUBISHI TOKYO FINANCIAL GROUP SPONS ADR COMMON STOCK (Y) | | | | | | | | | |
| 64. NASDAQ OMX GROUP INC. | | None | J | T | Buy | 5/5 | J | | |
| 65. NATIONAL BK GREECE A SPONS ADR (Y) | | | | | | | | | |
| 66. NESTLE SA SPONSORED ADR REPSTG REG SH COMMON STOCK | A | Dividend | J | T | | | | | |
| 67. NEWS CORP CLASS B COMMON STOCK (Y) | | | | | | | | | |
| 68. NIPPON TELEPHONE & TELEGRAOPH CORP. ADR RSPTG CS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NOKIA CORP. SPONSORED ADR COMMON STOCK (Y) | | | | | | | | | |
| 70. NOMURA HOLDINGS INC. UNSP ADR COMMON STOCK (Y) | | | | | | | | | |
| 71. NOVARTIS AG ADR COMMON STOCK (Y) | | | | | | | | | |
| 72. NOVO NORDISK A S ADR COMMON STOCK | A | Dividend | J | T | Sold (part) | 5/14 | J | A | |
| 73. NOVO NORDISK A S ADR COMMON STOCK | | | | | Sold (part) | 7/15 | J | A | |
| 74. ORIX CORP SPONS ADR COMMON STOCK (Y) | | | | | | | | | |
| 75. PALL CORP. (Y) | | | | | | | | | |
| 76. PEPSICO COMMON STOCK | A | Dividend | J | T | | | | | |
| 77. PROCTOR & GAMBLE CO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 78. RIO TINTO PLC-GBP COMMON STOCK (Y) | | | | | | | | | |
| 79. ROYAL DUTCH PETROLEUM CO.COMMON STOCK (Y) | | | | | | | | | |
| 80. SANDISK CORP | | None | | | Buy | 3/14 | J | | |
| 81. SK TELECOM LTD SPON ADR COMMON STOCK (Y) | | | | | | | | | |
| 82. SAP AKLENGESELLSCHAFT SPONS ADR-USD COMMON STOCK (Y) | | | | | | | | | |
| 83. SATYAM COMPUTER SERVICES | A | Dividend | | | Sold | 12/16 | J | | |
| 84. SMITH & NEPHEW PLC SP ADR (Y) | | | | | | | | | |
| 85. TELEFONICA S.A. SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TESCO PLC SPONSORED ADR (Y) | | | | | | | | | |
| 87. TEXAS INSTRUMENTS COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 4/9 | J | | |
| 88. TIME WARNER INC. COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 4/8 | J | | |
| 89. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK (Y) | | | | | | | | | |
| 90. TREND MICRO INC SPON AD COMMON STOCK (Y) | | | | | | | | | |
| 91. TYCO INTERNATIONAL LTD. NEW COMMON STOCK (Y) | | | | | | | | | |
| 92. TYCO ELECTRONICS | A | Dividend | J | T | | | | | |
| 93. UBS AG-CHF COMMON STOCK (Y) | | | | | | | | | |
| 94. UNITED OVERSEAS BANK LTD SPONS ADR (Y) | | | | | | | | | |
| 95. UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 96. VODAFONE GROUP PLC SP ADR COMMON STOCK (Y) | | | | | | | | | |
| 97. WPP GROUP PLC SPONS ADR NEW COMMON STOCK (Y) | | | | | | | | | |
| 98. WAL-MART DE MEXICO SA DE COMMON STOCK (Y) | | | | | | | | | |
| 99. WM WRIGLEY JR CO | A | Dividend | | | Sold | 5/5 | J | A | |
| 100. YAHOO INC COMMON STOCK | | None | | | Buy | 1/16 | J | | |
| 101. YAHOO INC COMMON STOCK | | None | | | Sold (part) | 2/15 | J | A | |
| 102. YAHOO INC COMMON STOCK | | None | | | Sold | 3/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ACCOUNT #2: | | | | | | | | | |
| 104. BLACKROCK TECHNOLOGY FUND I NSTITUTIONAL CLASS | | None | J | T | | | | | |
| 105. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | |
| 106. ACCOUNT #3: | | | | | | | | | |
| 107. WESTERN ASSET MONEY MARKET FUNDS | A | Dividend | J | T | | | | | |
| 108. UBS AG-CHF COMMON STOCK | | None | J | T | | | | | |
| 109. ASML HLDG NV NEW YORK REG | | None | J | T | Buy | 9/19 | J | | |
| 110. AXA S.A. SPONS ADR COMMON STOC K | A | Dividend | J | T | Buy (add'l) | 1/14 | J | | |
| 111. BASF AG SPONS ADR COMMON ST OCK | A | Dividend | J | T | | | | | |
| 112. BP AMOCO PLC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 113. CRH PLC ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 114. CANON INC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. DIAGEO PLC SPON ADR-NEW COM MON STOCK | A | Dividend | J | T | | | | | |
| 116. GLAXOSMITHKLINE PLC SP ADR COM MON STOCK | A | Dividend | J | T | | | | | |
| 117. GROUPE DANONE SPONS ADR COM MON STOCK | A | Dividend | J | T | | | | | |
| 118. GRUPO TELEVISA SA DE CV SPON A DR COMMON STOCK | A | Dividend | J | T | | | | | |
| 119. HSBC HLDG PLC SP ADR NEW CO MMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HONDA MOTOR CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 121. HONG KONG CHINA GAS SP ADR CO MMON STOCK | A | Dividend | J | T | | | | | |
| 122. HUTCHINSON WHAMPOA LTD-ADRV COMMON STOCK | A | Dividend | J | T | | | | | |
| 123. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 1/14 | J | | |
| 124. IRELAND BANK BANK SPONS ADR-EU R COMMON STOCK (Y) | | | | | | | | | |
| 125. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOC | A | Dividend | J | T | | | | | |
| 126. METTLER TOLEDO INTL INC COM MON STOCK | | None | J | T | | | | | |
| 127. MITSUBISHI TOYKO FINANCIAL GRO UP COMMON STOCK | A | Dividend | J | T | | | | | |
| 128. NATIONAL BK GREECE S A APONS C OMMON STOCK (Y) | | | | | | | | | |
| 129. NESTLE A SPONS ADR COMMON S TOCK | A | Dividend | J | T | | | | | |
| 130. NEWS CORP CLASS B NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 131. NIPPON TEL & TEL SPON ADR COMM ON STOCK | A | Dividend | J | T | | | | | |
| 132. NOKIA CORP SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 133. NOMURA AHOLDINGS INC ADR CO MMON STOCK | A | Dividend | J | T | | | | | |
| 134. NOVARTIS AG ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 135. NOVO-NORDISK A S ADR COMMON STOCK | A | Dividend | J | T | Sold (part) | 7/15 | J | B | |
| 136. ORIX CORP SPONS ADR COMMON STO CK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. RIO TINTO PLC-GBP COMMON STOCK (Y) | | | | | | | | | |
| 138. ROYAL DUTCH PERTOLEUM CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 139. SATYAM COMPUTER SVCS | A | Dividend | | | Sold | 12/16 | J | | |
| 140. SK TELECOM LTD SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 141. SAP AKLENAGESELLSCHAFT SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | - | | | | |
| 142. SHIRE PLC ADR | A | Dividend | J | T | Buy | 3/6 | J | | |
| 143. SHIRE PLC ADR | | None | | | Buy (add'l) | 8/1 | J | | |
| 144. SMITH & NEPHEW PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 145. TELEFONICA S.A. SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 146. TESCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 147. TOMKINS F H PLC SPON ADER COMMON STOCK | A | Dividend | | | Sold | 7/15 | J | | |
| 148. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 149. TREND MICRO INC SPON ADR COMMONS STOCK | A | Dividend | J | T | | | | | |
| 150. UNITED OVERSEAS BANK LTD SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 151. VODAFONE GROUP PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 152. WPP GROUP PLC SPON ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 153. WAL-MART DE MEXICO SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ACCCOUNT #4: | | | | | | | | | |
| 155. SMITH BARNEY BANK DEPOSIT PROGRAM | A | Int./Div. | K | T | | | | | |
| 156. IRA #1: | | | | | | | | | |
| 157. CITIBANK DIVERSIFIED FUTURES | | None | K | T | | | | | |
| 158. IRA #2: | | | | | | | | | |
| 159. GOLDMAN SACHS SMALL VALUE FUND CLASS B | A | Distribution | J | T | | | | | |
| 160. IRA #3: | | | | | | | | | |
| 161. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Distribution | J | T | | | | | |
| 162. IRA #4: | | | | | | | | | |
| 163. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Distribution | J | T | | | | | |
| 164. COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |
| 165. VANGUARD-AGRESSIVEAGE-BASED OPTION GROWTH PORTFOLIO | | None | L | T | BUY | 6/18 | J | | |
| 166. COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | |
| 167. VANGUARD-AGRESSIVEAGE-BASED OPTION GROWTH PORTFOLIO | | None | L | T | BUY | 6/18 | J | | |
| 168. DEFERRED COMPENSATION | | None | J | T | | | | | |
| 169. OPPENHEIMER MAIN ST. OPP. A | | | | | | | | | |
| 170. VT FIDELITY CONTRAFUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DODGE AND COX INTL STOCK | | | | | | | | | |
| 172. IRA #5 | | | | | | | | | |
| 173. GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | A | Distribution | J | T | | | | | |
| 174. PIMCO REAL RETURN COMMODITY STRATEGY FUND CL C | B | Distribution | J | T | | | | | |
| 175. COEUR D ALENE MINE CORP | | None | J | T | Buy (add'l) | 5/5 | J | | |
| 176. GABELLI GLOBAL NAT RES & INCOME TR SBI | A | Dividend | J | T | | | | | |
| 177. UNITED STATES OIL FD LP EQUITY | | None | J | T | | | | | |
| 178. ISHARES SILVER TRUST EQUITY | | None | J | T | | | | | |
| 179. COHEN & STEERS INTL REALTY FD | A | Dividend | J | T | Buy | 5/5 | J | | |
| 180. ACCOUNT #5 | | | | | | | | | |
| 181. WESTERN ASSET MONEY MARKET FUNDS | A | Dividend | | | Closed | | | | |
| 182. SEAGATE TECHNOLOGY (Y) | | | | | | | | | |
| 183. WEATHERFORD INTL LTD NEW COMMON STOCK | | None | J | T | Sold (part) | 6/13 | J | B | |
| 184. ABBOTT LABORATORIES COMMON STOCK | A | Dividend | J | T | | | | | |
| 185. AGILENT TECHNOLOGIES INC COMMON STOCK | | None | | | Sold (part) | 1/31 | J | A | |
| 186. AGILENT TECHNOLOGIES INC COMMON STOCK | | None | | | Sold | 2/1 | J | A | |
| 187. ALKERMES INC COMMON STOCK (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ALLIED WORLD ASSURANCE CO H LDGS (Y) | | | | | | | | | |
| 189. AMAZON COM INC COMMON STOCK | | None | J | T | | | | | |
| 190. AMERICAN EXPRESS COMMON STOCK | A | Dividend | | | Sold | 12/30 | J | | |
| 191. AMERICAN INTL GROUP INC. COMMON STOCK | A | Dividend | | | Buy | 1/14 | J | | |
| 192. AMERICAN INTL GROUP INC. COMMON STOCK | | None | | | Sold | 9/19 | J | | |
| 193. AMGEN INC COMMON STOCK | | None | J | T | Buy | 1/14 | J | | |
| 194. AMGEN INC. COMMON STOCK | | None | | | Sold (part) | 11/6 | J | A | |
| 195. ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 196. ANNALY CAPITAL MANAGEMENT INC. | A | Dividend | | | Buy | 1/24 | J | | |
| 197. ANNALY CAPITAL MANAGEMENT INC. | | None | | | Buy (add'l) | 3/28 | J | | |
| 198. ANNALY CAPITAL MANAGEMENT INC. | | None | | | Sold | 7/16 | J | | |
| 199. APPLIED MATERIALS INC DELWARE COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 1/11 | J | | |
| 200. AUTODESK INC. | | None | J | T | | | | | |
| 201. BED BATH & BEYOND COMMON STOCK | | None | J | T | Buy | 1/14 | J | | |
| 202. BAKER HUGHES INC. | A | Dividend | J | T | Buy (add'l) | 9/18 | J | | |
| 203. BANK OF AMERICA CORP. | A | Dividend | | | Buy (add'l) | 2/5 | J | | |
| 204. BANK OF AMERICA CORP. | | None | | | Sold | 8/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  BARRICK GOLD CORP CAD | A | Dividend | J | T | Buy | 5/19 | J | | |
| 206.  BIOGEN IDEC INC COMMON STOCK | | None | J | T | | | | | |
| 207.  BJ SERVICES | A | Dividend | | | Buy | 1/14 | J | | |
| 208.  BJ SERVICES | | None | | | Sold | 7/18 | J | A | |
| 209.  BOEING CO. | A | Dividend | J | T | | | | | |
| 210.  BROADCOM CORP CL A | | None | J | T | Buy | 1/14 | J | | |
| 211.  CVS CAREMARK CORP | | None | J | T | Buy | 10/22 | J | | |
| 212.  CABLEVISION SYSTEMS CORP COMMON SSTOCK | A - | Dividend | J | T | | | | | |
| 213.  CATERPILLAR INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 214.  CHARMING SHOPPES INC COMMON STOCK (Y) | | | | | | | | | |
| 215.  CHEVRON CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 216.  CHUBB CORP. COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 2/5 | J | | |
| 217.  CHUBB CORP. COMMON STOCK | | None | | | Sold (part) | 12/16 | J | A | |
| 218.  CISCO SYS INC COMMON STOCK | | None | J | T | | | | | |
| 219.  CIRRUS LOGIC INC. COMMON STOCK (Y) | | | | | | | | | |
| 220.  COCA-COLA CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 221.  COMCAST CORP CL A COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 1/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. COVIDIEN LTD | A | Dividend | J | T | | | | | |
| 223. DELL COMPUTERS CORP COMMON STOCK | | None | J | T | Buy (add'l) | 1/14 | J | | |
| 224. DISCOVERY HOLDING COM CL A COMMON STOCK (Y) | | | | | | | | | |
| 225. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 226. DOVER CORP. | A | Dividend | J | T | Buy | 1/14 | J | | |
| 227. EBAY INC. | | None | J | T | Buy (add'l) | 2/1 | J | | |
| 228. EBAY INC. | | None | | | Buy (add'l) | 7/25 | J | | |
| 229. EI DU PONT OE NEMOURS & CO COMMON STOCK (Y) | | | | | | | | | |
| 230. EMERSON ELECTRIC CO COMMON STOCK | A | Dividend | J | T | Sold (part) | 4/18 | J | A | |
| 231. ELECTRONIC ARTS COMMON STOCK | | None | J | T | | | | | |
| 232. EL PASO CORP | A | Dividend | | | Buy | 8/11 | J | | |
| 233. EL PASO CORP | | None | | | Sold | 10/16 | J | | |
| 234. EXPEDIA INC COMMON STOCK | | None | J | T | | | | | |
| 235. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | Sold (part) | 1/7 | J | B | |
| 236. FLUOR CORP NEW | | None | J | T | Buy | 11/19 | J | | |
| 237. FOREST LABORATORIES INC. COMMON STOCK | | None | J | T | Buy (add'l) | 1/14 | J | | |
| 238. FOUNDRY NETWORKS | | | | | Buy | 4/4 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. FOUNDRY NETWORKS | | | | | Sold | 8/14 | J | A | |
| 240. FRANKLIN RESOURCES | A | Dividend | J | T | | | | | |
| 241. GAP INC. DELAWARE | A | Dividend | J | T | | | | | |
| 242. GENENTECH INC COMMON STOCK | | None | J | T | | | | | |
| 243. GENERAL ELECTRIC CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 244. GENZYME CORP GENERAAL DIVISION COMMON STOCK | | None | J | T | Sold (part) | 11/11 | J | A | |
| 245. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | A | Dividend | | | Sold | 3/20 | J | | |
| 246. GOOGLE INC CLASS A | | None | J | T | Buy | 9/22 | J | | |
| 247. GRANT PRIDECO INC. | | None | | | Sold | 4/22 | J | A | |
| 248. HALLIBURTON CO HOLDINGS CO | A | Dividend | J | T | Buy | 8/11 | J | | |
| 249. HOME DEPOT INC. COMMON STOCK | A | Dividend | J | T | Buy | 4/25 | J | | |
| 250. HOME DEPOT INC. COMMON STOCK | | None | | | Buy (add'l) | 4/28 | J | | |
| 251. HONEYWELL INTL INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 2/1 | J | A | |
| 252. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 253. IAC INTERACTIVE CORP COMMON STOCK | | None | | | Buy | 1/14 | J | | |
| 254. IAC INTERACTIVE CORP COMMON STOCK | | None | | | Sold | 5/29 | J | | |
| 255. INTL BUSINESS MACHINES CORP COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ISIS PHARMACEUTICALS COMMON STOCK | | None | J | T | | | | | |
| 257. JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 258. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 259. JUNIPER NETWORKS | | None | J | T | Buy | 10/22 | J | | |
| 260. KIMBERLY CLARK CORP. | A | Dividend | | | Sold | 7/15 | J | | |
| 261. KRAFT FOODS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 262. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 263. LEHMAN BROTHERS HOLDINGS INC COMMON STOCK | A | Dividend | | | Buy (add'l) | 3/14 | J | | |
| 264. LEHMAN BROTHERS HOLDINGS INC COMMON STOCK | | None | | | Sold | 9/15 | J | | |
| 265. LIBERTY GLOBAL INC. CLASS A (Y) | | | | | | | | | |
| 266. LIBERTY GLOBAL INC. SER C (Y) | | | | | | | | | |
| 267. LIBERTY MEDIA CORP. A COMMON STOCK (Y) | | | | | | | | | |
| 268. LIBERTY MEDIA HLDG CORP CAP SER A (Y) | | | | | | | | | |
| 269. LIBERTY MEDIA CORP SER A LIBERTY ENTERTAINMENT (X) | | None | J | T | | | | | |
| 270. ELI LILLY & CO COMMON STOCK | A | Dividend | | | Sold | 7/16 | J | | |
| 271. MERRILL LYNCH & CO COMMON STOCK | A | Dividend | | | Buy (add'l) | 1/14 | J | | |
| 272. MERRILL LYNCH & CO COMMON STOCK | | None | | | Buy (add'l) | 7/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. MERRILL LYNCH & CO COMMON STOCK | | None | | | Buy (add'l) | 8/8 | J | | |
| 274. MERRILL LYNCH & CO COMMON STOCK | | None | | | Sold | 9/15 | J | | |
| 275. MCDERMOTT INTERNATIONAL INC. | | None | J | T | Buy | 11/14 | J | | |
| 276. MCKESSON CORP | | None | J | T | Buy | 11/5 | J | | |
| 277. MERCK & CO INC. | A | Dividend | J | T | Buy | 3/31 | J | | |
| 278. MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 10/22 | J | | |
| 279. MICRON TECHNOLOGY INC. COMMON STOCK | | None | | | Buy | 1/14 | J | | |
| 280. MICRON TECHNOLOGY INC. | | None | | | Sold | 3/25 - | J | | |
| 281. MILLENNIUM PHARMACEUTICALS INC COMMON STOCK | | None | | | Sold (part) | 4/10 | J | B | |
| 282. MILLENNIUM PHARMACEUTICALS INC COMMON STOCK | | None | | | Sold | 4/11 | J | A | |
| 283. MOTOROLA INC DE COMMON STOCK | A | Dividend | | | Buy (add'l) | 1/14 | J | | |
| 284. MOTOROLA INC DE COMMON STOCK | | None | | | Sold | 9/16 | J | | |
| 285. MURPHY OIL CORP (Y) | | | | | | | | | |
| 286. NABORS INDUSTRIES LTD | | None | | | Sold | 5/13 | J | A | |
| 287. NASDAQ OMX GROUP INC. | | None | | | Buy | 5/7 | J | | |
| 288. NEWS CORP CLASS B COMMON STOCK | A | Dividend | | | Sold | 7/16 | J | | |
| 289. NOVARTIS AG ADER COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 3/31 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. NOVELLUS SYS INC. | | None | J | T | | | | | |
| 291. NVIDIA CORP | | None | J | T | Buy | 5/30 | J | | |
| 292. PALL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 293. PEPSICO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 294. PFIZER INC COMMON STOCK | A | Dividend | J | T | Buy | 1/14 | J | | |
| 295. PROCTER & GAMBLE CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 296. QUALCOMM INC. | | None | J | T | Buy | 10/7 | J | | |
| 297. RAYTHEON COMPANY NEW | A | Dividend | J | T | | | | | |
| 298. ROCHE HLDG LTD SPON ADR | | None | J | T | Buy | 9/15 | J | | |
| 299. SANDISK CORP COMMON STOCK (Y) | | | | | | | | | |
| 300. SCHLUMBERGER LTD (Y) | | | | | | | | | |
| 301. SEARS HOLDING CORP | | None | J | T | Buy | 1/3 | J | | |
| 302. SIMPSON MGF CO INC. (Y) | | | | | | | | | |
| 303. STATE STREET CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 304. TAIWAN SEMICONDUCTOR MFG COMMON STOCK | A | Dividend | J | T | | | | | |
| 305. TEXAS INSTRUMENTS INC. COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 7/23 | J | | |
| 306. TIME WARNER COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 1/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. TRANSOCEAN INC. | | None | J | T | | | | | |
| 308. TYCO INTL LTD NEW COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 1/14 | J | | |
| 309. TYCO ELECTRONICS | A | Dividend | J | T | | | | | |
| 310. UNILEVER PLOC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 311. UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 312. UNITED PARCEL SERVICE CL B | A | Dividend | J | T | Buy | 3/17 | J | | |
| 313. UNITED PARCEL SERVICE CL B | | None | | | Buy (add'l) | 6/16 | J | | |
| 314. VERIGY LTD (Y) | | | | | | | | | |
| 315. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 316. VODAFONE COMMON STOCK | A | Dividend | J | T | | | | | |
| 317. WALMART STORES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 318. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 319. WILLIAMS COS INC COMMON STOCK | A | Dividend | | | Sold | 3/18 | J | B | |
| 320. WILLIAMS SONOMA INC. (Y) | | | | | | | | | |
| 321. WM WRIGLEY JR CO COMMON STOCK | A | Dividend | | | Sold (part) | 4/28 | J | A | |
| 322. WM WRIGLEY JR CO COMMON STOCK | | None | | | Sold | 5/6 | J | A | |
| 323. WYETH COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. YAHOO INC COMMON STOCK | | None | | | Buy | 1/14 | J | | |
| 325. YAHOO INC COMMON STOCK | | None | | | Sold (part) | 2/15 | J | A | |
| 326. YAHOO INC. COMMON STOCK | | None | | | Sold | 3/13 | J | A | |
| 327. ACCOUNT #6 | | | | | | | | | |
| 328. SMITH BARNEY MONEY MARKET | A | Dividend | M | T | Buy (add'l) | 8/22 | K | | |
| 329. FIRST UNION CORP SUB NOTES | | None | | | Redeemed | 4/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 5/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544